# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**JOSEPH WILIAMS,**
**Petitioner,**

vs.  Case Number: **08-2279**

**UNITED STATES OF AMERICA,**
**Respondent.**

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** the petition under 28 U.S.C. §2255 is denied. Case is terminated.

ENTER this 19th day of June 2009.

s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY: DEPUTY CLERK